USMS: 90174-509
F.d: 11392007

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA


RECEIVED
By usms at 2:43 pm, Feb 25, 2022

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| CLAY MICHAEL WEIBEL<br>a/k/a Clayton Weibel | CASE NO. 1:21-CR-231-TCB-CMS |

**AGENT TO ARREST**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 13 2022

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest CLAY MICHAEL WEIBEL a/k/a Clayton Weibel and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ SS Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Defraud the United States

in violation of **Title 18, United States Code, Section(s) 371.**

KEVIN P. WEIMER
Name of Issuing Officer

s/Cynthia Mercado
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

February 25, 2022 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 02-25-2022

Nicholas Worsham S/A
Name and Title of Arresting Officer

Date of Arrest: 03-09-2022

Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

F.d: 11392007

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

RECEIVED
By usms at 2:43 pm, Feb 25, 2022

**COPY**

UNITED STATES OF AMERICA,

vs.

CLAY MICHAEL WEIBEL
a/k/a Clayton Weibel

**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:21-CR-231-TCB-CMS

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest CLAY MICHAEL WEIBEL a/k/a Clayton Weibel and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ SS Indictment　☐ Information　☐ Complaint　☐ Order of Court　☐ Violation Notice　☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Defraud the United States

in violation of **Title 18, United States Code, Section(s) 371.**

KEVIN P. WEIMER
Name of Issuing Officer

s/Cynthia Merendo
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

February 25, 2022 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 2/26/2022

Date of Arrest: 3/9/2022

NICHOLAS WORSHAM, SPECIAL AGENT
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer