# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00231-TCB-CMS
## USA v. Lewis
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 07/15/2022.

TIME COURT COMMENCED: 11:19 A.M.
TIME COURT CONCLUDED: 11:46 A.M.     COURT REPORTER: Geraldine Glover
TIME IN COURT: 00:27     DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [6]Clay Michael Weibel Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Huber representing USA<br>Guinevere Moore representing Clay Michael Weibel Molly Parmer representing Clay Michael Weibel Casey Smith representing USA<br>Parker Tobin representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#6-[97]Motion to Sever Defendant DENIED.<br>DFT#6-[174]Report and Recommendation ADOPTED. |
| MINUTE TEXT: | The Court heard from both parties regarding Defendant's [97] Motion to Sever Defendant. The Court OVERRULED Defendant's [188] Objections and ADOPTED the Magistrate Judge's Report and Recommendation. |
| HEARING STATUS: | Hearing Concluded |